IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMES ICKSTADT                                              PLAINTIFF

v.                        Case No. 08-6068

PROGRESSIVE CASUALTY
INSURANCE COMPANY                                           DEFENDANT

## ORDER

Now on this 26th day of May 2009, there comes on for consideration the report and recommendation filed herein on April 7, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (Doc. 14).  The parties did not file any written objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion to Dismiss (Doc. 13) and Defendant's Motion to Dismiss (Doc. 12) are GRANTED and this action is DISMISSED WITH PREJUDICE.  Plaintiff's Motion to Correct Name (Doc. 9) and Motion to Amend (Doc. 11) are DENIED AS MOOT.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**